Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
**BRODSKY SMITH**
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone:  (877) 534-2590
Facsimile:   (310) 247-0160

*Attorneys for Plaintiff*

**MCGUIREWOODS LLP**
Andrew W. Russell (SBN #280669)
Email: arussell@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210

Attorneys for Defendants
DOLLAR GENERAL CORPORATION,
DOLGEN CALIFORNIA, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON CARTER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR GENERAL CORPORATION, DOLGEN CALIFORNIA, LLC,<br><br>Defendants. | CASE NO. 2:25-cv-01770-MWC<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

1     WHEREAS, on or about January 27, 2025, plaintiff Ramon Carter ("Plaintiff") filed the instant putative class action against defendants Dollar General Corporation and Dolgen California, LLC ("Defendants", together with Plaintiff, the "Parties") in the Superior Court of California, County of Los Angeles, where it was assigned Case No. 25STCV02239;

    WHEREAS, Defendants removed this matter to federal court on February 28, 2025, where it was assigned Case No. 2:25-cv-01770-MWC;

    WHEREAS, neither a summary judgment motion, nor a class certification motion has been filed;

    WHEREAS, the Parties have resolved the instant action on a non-class and individual basis;

    IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action is dismissed with prejudice as to Plaintiff and without prejudice as to the class alleged in the Complaint. The Parties will each bear their own fees and costs.

STIPULATED BY AND BETWEEN:

**BRODSKY SMITH**

Dated: December 16, 2025     By:    */s/ Ryan P. Cardona*
                                                  Evan J. Smith (SBN 242352)
                                                  Ryan P. Cardona (SBN 302113)

*Attorneys for Plaintiff*

**McGuireWoods LLP**

Dated: December 16, 2025     By:    */s/ Andrew Russell*
                                                  Andrew Russell

*Attorneys for Defendants*

**ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

In accordance with Local Rule 5-4.3.4(a)(2)(i) the filing attorney, Ryan P. Cardona, hereby attests that each of the other Signatories have concurred in the filing of this document.

**BRODSKY SMITH**

Dated: December 16, 2025   By: */s/ Ryan P. Cardona*
                                Evan J. Smith (SBN 242352)
                                Ryan P. Cardona (SBN 302113)

*Attorneys for Plaintiff*